# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RATES TECHNOLOGY INC., :<br><br>Plaintiff, :<br>v. :<br><br>QWEST COMMUNICATIONS CO.; QWEST :<br>COMMUNICATIONS INTERNATIONAL, INC.; :<br>QWEST CORP.; and QWEST SERVICES CORP., :<br><br>Defendants. : | 0 7 - 4 4 2<br>Civil Action No. _____<br><br><br><br>**JURY TRIAL REQUESTED** |

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Plaintiff Rates Technology Inc. submits the following in accordance with Federal Rule of Civil Procedure 7.1: Rates Technology Inc. has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: July 16, 2007.

By: /s/ Mary Matterer
Mary B. Matterer (#2696)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
302.888.6800
mmatterer@morrisjames.com

OF COUNSEL:

James B. Hicks
HICKS | PARK LLP
824 Wilshire Blvd., Suite 300
Los Angeles, California 90017
Tel.: (213) 612-0007
jhicks@hicksparklaw.com

Attorneys for Plaintiff
RATES TECHNOLOGY INC.

2007 JUL 16 PM 4:09
FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1590611/1                               1