AFFIDAVIT OF PERSONAL SERVICE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RATES TECHNOLOGY INC.,

Plaintiff,

Vs

QWEST COMMUNICATIONS CORPORATION;
and QWEST COMMUNICATIONS INTER-
NATIONAL INC., dba "QWEST COMMUNICA-
TIONS INTERNATIONAL, INC:"

Defendants,

STATE OF DELAWARE       }
                        }ss.
COUNTY OF NEW CASTLE    }

I, Shane Handlin, of the State of Delaware, County of New Castle, being duly sworn, says on the 14th day of September, 2007, at 1:15 p.m., I personally served a SUMMONS & FIRST AMENDED COMPLAINT FOR PATENT INFRINGMENT on **QWEST COMMUNICATIONS INTERNATIONAL INC., dba " QWEST COMMUNICATIONS INTERNATIONAL, INC.",** by serving its registered agent, The Corporation Trust Company, 1209 Orange Street, Wilmington, DE 19801.

Name of individual personally served: Scott LaScala.
Description of individual: White male, 30 years old, 140-160lbs, 5'7"- 5'9", brown hair.

_____
Shane Handlin

Subscribed and sworn before me
This 14th day of September, 2007.

_____
Notary Public

CAREY M. SHEA
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires May 24, 2011