IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RATES TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> QWEST COMMUNICATIONS CO.; QWEST COMMUNICATIONS INTERNATIONAL, INC.; QWEST CORP.; and QWEST SERVICES CORP., <br><br> Defendants | ) ) ) ) ) ) ) ) Civil Action No. 07-442 (JJF) ) ) ) ) ) ) |

### ENTRY OF APPEARANCE

Please enter the appearance of Young Conaway Stargatt & Taylor, LLP, by Melanie K. Sharp and Monté T. Squire, as counsel for Qwest Communications Co., Qwest Communications International, Inc., Qwest Corp. and Qwest Services Corp. in the above-captioned matter.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Melanie K. Sharp*

Melanie K. Sharp (No. 2501)
Monté T. Squire (No. 4764)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6681
msharp@ycst.com
msquire@ycst.com

Steven M. Bauer
Jacob K. Barron
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110-2600
(617) 526-9600

*Attorneys for Qwest Communications Co., Qwest Communications International, Inc., Qwest Corp. and Qwest Services Corp.*

Dated: September 27, 2007