IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RATES TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> QWEST COMMUNICATIONS CORPORATION; and QWEST COMMUNICATIONS INTERNATIONAL INC., dba "QWEST COMMUNICATIONS INTERNATIONAL, INC.", <br><br> Defendants. | Civil Action No. 07-442 JJF |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Robert L. Epstein of the law firm of Epstein Drangel Bazerman & James, LLP to represent Plaintiff Rates Technology Inc. in this matter.

Dated: October 3, 2007.

By: /s/ Mary Matterer
Mary B. Matterer (#2696)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
302.888.6800
mmatterer@morrisjames.com

Attorneys for Plaintiff
*RATES TECHNOLOGY INC.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admissions pro hac vice is granted.

Date: _____          _____
                                United States District Court Judge

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: October 3, 2007

Signed: _____
Robert L. Epstein, Esq.
Epstein Drangel Bazerman & James, LLP
60 East 42nd Street, Suite 820
New York, NY 10165
(212) 292-5390