IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| RATES TECHNOLOGY INC., | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 07-442 JJF |
| QWEST COMMUNICATIONS CORP., et al., | : | FILED UNDER SEAL |
| Defendants. | : | |

## EXHIBIT A TO
## DECLARATION OF ROBERT L. EPSTEIN

Mary B. Matterer (#2696)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
302.888.6800
mmatterer@morrisjames.com

*OF COUNSEL*:

Robert L. Epstein
Epstein Drangel Bazerman & James, LLP
60 East 42nd Street, Suite 820
New York, NY  10165
212.292.5390
repstein@ipcounselors.com

Attorneys for Plaintiff
*RATES TECHNOLOGY INC.*

October 4, 2007

# EXHIBIT A

# EXHIBIT FILED UNDER SEAL