IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
_____X
                                        :
RATES TECHNOLOGY INC.,                  :
                                        :
            Plaintiff,                  :
     v.                                 :
                                        :   Civil Action No. 07-442 JJF
QWEST COMMUNICATIONS CORP., et al.,     :   FILED UNDER SEAL
                                        :
            Defendants.                 :
_____X
```

**EXHIBIT B TO**
**DECLARATION OF ROBERT L. EPSTEIN**

    Mary B. Matterer (#2696)
    MORRIS JAMES LLP
    500 Delaware Avenue, Suite 1500
    Wilmington, Delaware 19801
    302.888.6800
    mmatterer@morrisjames.com

    *OF COUNSEL*:

    Robert L. Epstein
    Epstein Drangel Bazerman & James, LLP
    60 East 42nd Street, Suite 820
    New York, NY  10165
    212.292.5390
    repstein@ipcounselors.com

    Attorneys for Plaintiff
    *RATES TECHNOLOGY INC.*

October 4, 2007

# EXHIBIT B

# EXHIBIT FILED UNDER SEAL