IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RATES TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> QWEST COMMUNICATIONS CORPORATION AND QWEST COMMUNICATIONS INTERNATIONAL, INC., <br><br> Defendants | Civil Action No. 07-442 (JJF) |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Rates Technology Inc. ("Rates"), and Defendants' Qwest Communications Corporation and Qwest Communications International, Inc. ("Qwest"), and subject to the approval of the Court, that Qwest's time to file a Reply in Support their Motion to Dismiss Plaintiff's Complaint or, in the Alternative, for a Stay Pending Reexamination of U.S. Patent No. 5,425,085, is hereby extended through and including October 22, 2007.

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | MORRIS JAMES LLP |
|---|---|
| /s/ Melanie K. Sharp | /s/ Mary B. Matterer |
| Melanie K. Sharp (No. 2501)<br>Monté T. Squire (No. 4764)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br><br>P.O. Box 391<br>Wilmington, Delaware 19899-0391<br>(302) 571-6681<br>msharp@ycst.com<br><br>Steven M. Bauer<br>Jacob K. Barron<br>PROSKAUER ROSE LLP<br>One International Place<br>Boston, MA 02110-2600<br>(617) 526-9600<br>sbauer@proskauer.com<br><br>*Attorneys for Qwest Communications Corporation and Qwest Communications International, Inc.* | Mary B. Matterer (No. 2696)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>(302) 888-6800<br>mmatterer@morrisjames.com<br><br>Robert L. Epstein<br>Epstein Drangel Bazerman & James, LLP<br>60 East 42nd Street, Suite 820<br>New York, NY 10168<br>(212) 292-5390<br>repstein@ipcounselors.com<br><br>*Attorneys for Plaintiff*<br>*Rates Technology Inc.* |

SO ORDERED this ___ day of _____, 2007.

_____
United States District Judge