```
               IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF DELAWARE
```

RATES TECHNOLOGY, INC.,            :
                                   :
      Plaintiff,                   :
                                   :
      v.                           :    Civil Action No. 07-442-JJF
                                   :
QWEST COMMUNICATIONS, CO.,         :
ET AL.,                            :
                                   :
      Defendants.                  :

## ORDER

WHEREAS, on October 5, 2007, the Court ordered a stay of this action and ordered the parties to submit a status report by February 1, 2008;

WHEREAS, the Court has reviewed the parties' status reports;

NOW THEREFORE, IT IS HEREBY ORDERED that an additional two months stay will be **GRANTED**.  No further extensions will be granted.

February 26, 2008

_____
UNITED STATES DISTRICT JUDGE