IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RATES TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> QWEST COMMUNICATIONS CORPORATION AND QWEST COMMUNICATIONS INTERNATIONAL, INC., <br><br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 07-442 (JJF) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### NOTICE OF DEFENDANTS' MOTION TO CONTINUE STAY

PLEASE TAKE NOTICE that the undersigned counsel will present Defendants' Motion to Continue Stay (D.I. 30) on Friday, May 9, 2008, at 10:00 a.m., or at the earliest time convenient to the Court.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Mary F. Dugan*

Melanie K. Sharp (No. 2501)
Monté T. Squire (No. 4764)
Mary F. Dugan (No. 4704)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6681
msharp@ycst.com

Steven M. Bauer
Jacob K. Barron
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110-2600
(617) 526-9600
sbauer@proskauer.com

Dated: April 11, 2008

*Attorneys for Qwest Communications Corporation and Qwest Communications International, Inc.*