IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RATES TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> QWEST COMMUNICATIONS CORPORATION AND QWEST COMMUNICATIONS INTERNATIONAL, INC., <br><br> Defendants | ) ) ) ) ) ) ) Civil Action No. 07-442 (JJF) ) ) ) ) ) ) ) |

## CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 7.1.1

I, Mary F. Dugan, counsel for Defendants in this action, hereby certify pursuant to Local Rule 7.1.1 that, to the extent further attempts to reach agreement between the parties were required under the factual circumstances, where Defendants seek to extend the existing stay of proceedings, and Plaintiff has repeatedly explicitly opposed the stay, a reasonable effort has been made to reach agreement with Plaintiff regarding the matters set forth in Defendants' Motion to Continue Stay ("Motion"). (D.I. 30) Moreover, in light of the footnote in Plaintiff's Opposition to Defendants' Motion to Continue Stay ("Opposition") (D.I. 32), counsel for the parties have spoken, and, while unable to reach agreement on the matters set forth in the Motion, did agree to defer the filing of Defendants' Reply to Plaintiff's Opposition for approximately two weeks to allow the parties time to see if and how the Patent Office responds to Plaintiff's recent filings.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Mary F. Dugan

Melanie K. Sharp (No. 2501)
Monté T. Squire (No. 4764)
Mary F. Dugan (No. 4704)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6681
msharp@ycst.com

Steven M. Bauer
Jacob K. Barron
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110-2600
(617) 526-9600
sbauer@proskauer.com

Dated: April 21, 2008

*Attorneys for Qwest Communications Corporation and Qwest Communications International, Inc.*