**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| RATES TECHNOLOGY INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-442 JJF |
| | ) |
| QWEST COMMUNICATIONS CORPORATION and | ) |
| QWEST COMMUNICATIONS INTERNATIONAL, INC., | ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND ORDER TO EXTEND**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel and subject to the approval of the Court, that the time by which Defendants shall file their reply in support of their Motion to Continue Stay (D.I. #30) is extended to May 1, 2008.

| | |
|---|---|
| _/s/ Mary B. Matterer_ | _/s/ Mary F. Dugan_ |
| Richard K. Herrmann (I.D. #405) | Melanie K. Sharp (I.D. #2501) |
| Mary B. Matterer (I.D. #2696) | Monté T. Squire (I.D. #4764) |
| Amy Arnott Quinlan (I.D. #3021) | Mary F. Dugan (I.D. #4704) |
| MORRIS JAMES LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| 500 Delaware Avenue, Suite 1500 | The Brandywine Building |
| Wilmington, DE 19801-1494 | 100 West Street, 17th Floor |
| (302) 888-6800 | Wilmington, DE 19801 |
| rherrmann@morrisjames.com | (302) 571-6600 |
| mmatterer@morrisjames.com | msharp@ycst.com |
| aquinlan@morrisjames.com | msquire@ycst.com |
| | mdugan@ycst.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

**SO ORDERED** this ____ day of _____, 2008.

_____
United States District Court Judge