IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RATES TECHNOLOGY, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 07-442-JJF |
| | : | |
| QWEST COMMUNICATIONS, CO., | : | |
| ET AL., | : | |
| | : | |
| Defendants. | : | |

### ORDER

By Order dated October 5, 2007, the Court granted a stay of this matter pending reexamination. The Court told the parties that no extension of the stay would be granted, and that the trial date of June 1, 2009 was firm.

Defendants have filed a Motion to Continue Stay (D.I. 30), citing a final rejection of U.S. Patent No. 5,425,085 ("the '085 patent").

Because the Court finds that continuing the stay will not assist the disposition of issues presented by the parties, the Court must deny the Motion.

Therefore, Defendants' Motion to Continue Stay (D.I. 30) is **DENIED**.

May 9, 2008

_____
UNITED STATES DISTRICT JUDGE