UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RATES TECHNOLOGY INC.,

        Plaintiff,

v.                                        Civil Action No. 07-442-JJF

QWEST COMMUNICATIONS CORPORATION
and QWEST COMMUNICATIONS
INTERNATIONAL INC.,

        Defendants.

## NOTICE OF SERVICE

I, Mary B. Matterer, Esquire, hereby certify that I caused copies of the foregoing:

1) **Plaintiff's First Set of Requests for Admissions Under Rule 36;**

2) **Plaintiff's First Request for Production of Documents to Defendants; and**

3) **Plaintiff's First Set of Interrogatories to Defendants**

to be served by on this 9th day of June, 2008 on the following counsel of record:

| **By Hand Delivery** | **By E-Mail** |
|---|---|
| Melanie K. Sharp, Esq. | Steven M. Bauer, Esq. |
| Monté T. Squire, Esq. | Jacob K. Barron, Esq. |
| Mary F. Dugan, Esq. | Proskauer Rose LLP |
| The Brandywine Building | One International Place |
| 1000 West Street, 17th Floor | Boston, MA 02110-2600 |
| Wilmington, DE 19801 | sbauer@proskauer.com |
| mdugan@ycst.com | (617) 526-9600 |
| (302) 571-6681 | |

Dated: June 9, 2008

                                                           /s/ *Mary B. Matterer*
Mary B. Matterer, Esq. (#2696)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
302.888.6800
mmatterer@morrisjames.com

*Of Counsel*
Robert L. Epstein, Esq.
Epstein Drangel Bazerman & James, LLP
60 East 42nd Street, Suite 820
New York, NY 10165
212.292.5390
repstein@ipcounselors.com

Attorneys for Plaintiff
*RATES TECHNOLOGY INC.*