IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RATES TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> QWEST COMMUNICATIONS CORPORATION AND QWEST COMMUNICATIONS INTERNATIONAL, INC., <br><br> Defendants | Civil Action No. 07-442 (JJF) |

### NOTICE OF SERVICE

The undersigned, counsel for Defendants Qwest Communications Corporation and Qwest Communications International, Inc., hereby certify that a copy of Defendants' First Set of Interrogatories Directed to Plaintiff and this Notice, were caused to be served on June 10, 2008 upon the following counsel of record in the manner indicated below:

**BY HAND DELIVERY & E-MAIL**

Mary B. Matterer
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801

**BY E-MAIL**

Robert L. Epstein, Esquire
Epstein Drangel Bazerman & James LLP
Lincoln Building
60 East 42nd Street, Suite 820
New York, NY 10165
repstein@ipcounselors.com

Additionally, the undersigned counsel further certifies that a copy of this Notice was caused to be filed with the Clerk of the Court using CM/ECF, which will send electronic notice of such filing to the above counsel of record.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Mary F. Dugan*
Melanie K. Sharp (No. 2501)
Monté T. Squire (No. 4764)
Mary F. Dugan (No. 4704)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6681
msharp@ycst.com

Steven M. Bauer
Jacob K. Barron
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110-2600
(617) 526-9600
sbauer@proskauer.com

Dated: June 10, 2008

*Attorneys for Qwest Communications Corporation and Qwest Communications International, Inc.*