# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| RATES TECHNOLOGY INC.,<br><br>          Plaintiff,<br><br>v.<br><br>QWEST COMMUNICATIONS CORPORATION<br>and QWEST COMMUNICATIONS<br>INTERNATIONAL INC.,<br><br>          Defendants. | Civil Action No. 07-442-JJF |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following document, **PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO F.R.C.P. 26(a)(1)**, were served upon the attorneys listed below as indicated on the 16th day of June, 2008:

**By E-Mail and Hand Delivery**

Melanie K. Sharp, Esq.
Monté T. Squire, Esq.
Mary F. Dugan, Esq.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
mdugan@ycst.com
(302) 571-6681

**By E-Mail**

Steven M. Bauer, Esq.
Jacob K. Barron, Esq.
Proskauer Rose LLP
One International Place
Boston, MA 02110-2600
sbauer@proskauer.com
(617) 526-9600

Dated: June 16, 2008

       */s/ Mary B. Matterer*
Mary B. Matterer, Esq. (#2696)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
302.888.6800
mmatterer@morrisjames.com

*Of Counsel*
Robert L. Epstein, Esq.
Epstein Drangel Bazerman & James, LLP
60 East 42nd Street, Suite 820
New York, NY 10165
212.292.5390
repstein@ipcounselors.com

Attorneys for Plaintiff
*RATES TECHNOLOGY INC.*