IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RATES TECHNOLOGY INC., | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-442-JJF |
| | ) |
| QWEST COMMUNICATIONS CORPORATION and | ) |
| QWEST COMMUNICATIONS INTERNATIONAL INC., | ) |
| Defendants. | ) |

STIPULATION OF DISMISSAL WITH PREJUDICE

Having agreed to a settlement of this action, THE PARTIES HEREBY STIPULATE

AND AGREE, subject to the approval of the Court, and pursuant to Fed. R. Civ. P. 41(a)(1), that

this action, including all claims, is dismissed with prejudice, with each party to bear its own costs

and attorneys' fees.

Rates Technology Inc.
By:

_____

MORRIS JAMES LLP

_____

Mary B. Matterer (I.D. #2696)
Amy Arnott Quinlan (I.D. #3021)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com
aquinlan@morrisjames.com

Qwest Communications Corporation and
Qwest Communications International Inc.
By:

_____

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

_____

Melanie K. Sharp (I.D. #2501)
Mary F. Dugan (I.D. #4704)
The Brandywine Building
100 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6681
msharp@ycst.com

DB02:7224738.1                                        066550.1001

EPSTEIN DRANGEL BAZERMAN
& JAMES, LLP

Robert L. Epstein
Lincoln Building
60 East 42nd Street, Suite 820
New York, NY 10165
(212) 292- 390
repstein@ipcounselors.com

*Attorneys for Rates Technology Inc.*

PROSKAUER ROSE LLP

Steven M. Bauer          *by tlts with permission*
Jacob K. Baron
One International Place
Boston, MA 02110-2600
(617) 526-9600
sbauer@proskauer.com

*Attorneys for Qwest Communications
Corporation and Qwest Communications
International Inc.*

Dated: August 28, 2008

**SO ORDERED** this ____ day of _____, 2008.

_____
United States District Court Judge